1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JULIUS HAYWOOD, JR., | ) Case No. CV 13-2910 AG (MRW) |
|---|---|
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| SHERIFF LEE BACA, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: May 27, 2013            _____
                              HON. ANDREW GUILFORD
                              UNITED STATES DISTRICT JUDGE